UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 14-00712-SJO | Date | May 1, 2015 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | Not required |

| Victor Paul Cruz | Not Present | Ranee Katzenstein<br>Paul G Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Joel Barry Gillis |  | not | xx | James W Spertus |  | not | xx |
| (2) Edward Wishner |  | not | xx | Reuven L Cohen |  | not | xx |

**Proceedings:**   IN CHAMBERS

The Court is in receipt of four letters, sent directly to Judge Otero from victims in this matter. Because only counsel may submit filings for consideration, the Court forwards all said letters to counsel for the government and defendant and to the U.S. Probation Officer for determination of their filing.

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | vpc |  |