Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
EDWARD WISHNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL BARRY GILLS and EDWARD WISHNER,<br><br>Defendants. | Case No. 2:14-CR-00712-SJO<br><br>**JOINT *EX PARTE* APPLICATION TO CONTINUE SENTENCING OF DEFENDANTS EDWARD WISHNER AND JOEL GILLIS** |

**EX PARTE APPLICATION TO CONTINUE SENTENCING**

Defendant, Edward Wishner, by and through his counsel of record, Reuven L. Cohen, and Defendant, Joel Gillis, by and through his counsel of record, James W. Spertus, respectfully request that the Court continue the sentencing in this matter to December 14, 2015 at 9:00 a.m.

Respectfully Submitted,

DATED: May 21, 2015   By: */s/ Reuven L. Cohen*
Reuven L. Cohen
Dordi Williams Cohen, LLP

Attorneys for Defendant
EDWARD WISHNER

DATED: May 21, 2015   By: */s/ James W. Spertus*
James W. Spertus
Samuel A. Josephs
Spertus, Landes & Umhofer, LLP

Attorneys for Defendant
JOEL GILLS

## DECLARATION OF REUVEN L. COHEN

I, Reuven L. Cohen, declare as follows:

1. I am counsel of record for Defendant Edward Wishner in this action.

2. Discovery in this case currently exceeds 137,000 pages. I understand that additional discovery is forthcoming.

3. Calculation of loss will be one of the key issues at sentencing. In this case, the loss calculation likely will prove particularly complex because the loss calculation requires calculating the amounts invested and deducting "payments to losing investors up to the amount of their investment." *United States v. Van Alstyne*, 584 F.3d 803, 808 (9th Cir. 2009). Those amounts have not yet been calculated, and the data necessary to make those calculations is in the hands of the government and/or the Receiver. The Receiver has taken possession of the NASI records necessary to make these calculations, and Mr. Wishner and Defendant Joel Gillis, through counsel, have been attempting to gather the required data through requests to the Receiver. Separately, the government has indicated that it will produce its loss calculations shortly, but has yet to produce its calculations.

4. Mr. Wishner and Mr. Gillis continue to cooperate with both the government and the Receiver in order to mitigate losses. Both Mr. Wishner and Mr. Gillis have attended proffer sessions with the government. Mr. Gillis has travelled to San Diego to assist the Receiver in its efforts. Mr. Wishner has met with the Receiver at his office.

5. Mr. Wishner is seventy-six years old. He suffers from numerous health problems. In addition to his general practitioner, Mr. Wishner is under the care of a cardiologist, a neurologist, and a physical therapist. In March 2015, Mr. Wishner suffered a stroke.

6. I have conferred with James W. Spertus, counsel for Mr. Gillis, and Mr. Spertus agrees that a sentencing continuance is necessary in this case since the loss calculations are complex and the discovery in this case is voluminous, and Mr. Spertus has reviewed and approved this joint *ex parte* application.

7. I have spoken with Luis Rivas, the United States Probation Officer assigned to this case. Mr. Rivas has advised me that if sentencing is not continued by May 22, 2015, he will have to submit his Presentence Report to his supervisor by the current due date. Mr. Rivas believes that without a continuance, he will likely have to submit a non-thorough and non-complete PSR.

8. On May 13, 2015, I emailed Assistant United States Attorney Ranee Katzenstein regarding the government's position on a continuance. I have not received a response and thus do not know the government's position.

9. Mr. Wishner and Mr. Gillis respectfully seek a continuance of this matter until December 14, 2015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2015, at Los Angeles, California.

By: */s/ Reuven L. Cohen*
Reuven L. Cohen

2
**EX PARTE APPLICATION TO CONTINUE SENTENCING**