Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
EDWARD WISHNER

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL BARRY GILLIS and EDWARD WISHNER,<br><br>Defendant. | Case No. 2:14-CR-00712-SJO<br><br>**ORDER CONTINUING SENTENCING OF DEFENDANTS EDWARD WISHNER AND JOEL GILLIS TO DECEMBER 14, 2015** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing of Defendants Joel Gillis and Edward Wishner in this matter be continued to Monday, September 21, 2015 at 9:00 am. Sentencing positions shall be due by September 7, 2015.

DATED: May 26, 2015

*S. James Otero*
_____
HON. S. JAMES OTERO
United States District Judge

CC:   PROBATION OFFICE
      PRETRIAL SERVICE

---

[PROPOSED] ORDER CONTINUING SENTENCING